488 A.2d 276

**Alan RICHARDSON, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

Supreme Court of Pennsylvania.

Feb. 25, 1985.

Before LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

AND NOW, to-wit, this 25th day of February, 1985, the Petition for Allowance of Appeal is hereby granted and Judgment of Sentence is vacated and the record remanded to the Court of Common Pleas of Dauphin County to permit appellant to exercise his right of allocution.